AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas



DAVID S. RAY, individual and on behalf of other similarly situated persons

*Plaintiff(s)*

v.

THE VILLA GROUP, INC. RESORTCOM INTERNATIONAL, LLC, MONTEREY FINANCIAL SERVICES, LLC

*Defendant(s)*

Civil Action No. 5:19-CV-1295-FB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MONTEREY FINANCIAL SERVICES, LLC
C/O REGISTERED AGENT
NATE LUCAS
4095 AVENIDA DE LA PLATA
OCEANSIDE, CA 92056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander J. Taylor
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   JEANNETTE J. CLACK

*Signature of Clerk or Deputy Clerk*

Date:  11/05/2019



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:19-CV-1295-FB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>MONTEREY FINANCIAL SERVICES, LLC</u> was received by me on *(date)* <u>Nov 5, 2019</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>John Bazzo, Human Resources Specialist on Behalf of Nate Lucas, Agent for Service</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>MONTEREY FINANCIAL SERVICES, LLC</u> on *(date)* <u>Wed, Nov 06 2019 at 3:01 pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

I declare under penalty of perjury that this information is true.

Date: 11/08/2019

*Server's signature*

Fred Cruz - Process Server

*Printed name and title*

4651 Brookhollow Circle, Ste. C, Riverside, CA 92509

*Server's address*

Additional information regarding attempted service, etc.:
Successful Attempt: Nov 6, 2019, 3:01 pm at COMPANY: 4095 AVENIDA DE LA PLATA, OCEANSIDE, CA 92056
Received by John Bazzo, Human Resources Specialist (Agent for Service Nate Lucas)

Additional Documents Served:
Complaint