## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| DAVID S. RAY, individual and on behalf of other similarly situated persons, | |
| Plaintiff(s), | Case No. 5:19-cv-01295-FB |
| v. | |
| THE VILLA GROUP, INC., RESORTCOM INTERNATIONAL, LLC, MONTEREY FINANCIAL SERVICES, LLC, | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL

**NOW COMES** David S. Ray by and through his attorney, James C. Vlahakis, and pursuant to FRCP 41(a)(1)(A)(i), provides notice to this Honorable Court that Plaintiff, in his individual capacity, is voluntarily dismissing Defendants Villa Group, Inc. and ResortCom International, LLC with prejudice. The voluntary dismissal of Defendants Villa Group, Inc. and ResortCom International, LLC is appropriate as neither of them have answered. Plaintiff shall file a First Amended Complaint against Monterey Financial Services, LLC.

Pursuant to this Notice of Voluntary Dismissal, Plaintiff shall bear his own fees and costs as to Defendants Villa Group, Inc. and ResortCom International, LLC, and the claims of putative class members against these two defendants shall be dismissed without prejudice.

Respectfully submitted, on behalf of

Plaintiff DAVID S. RAY, individually,
and as the representative of a class
of similarly situated persons

/s/ Alexander J. Taylor
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
ataylor@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, Alexander J. Taylor, an attorney, certify that I filed the foregoing document with the Clerk of Court using the CM/ECF system on February 11, 2020. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>/s/ Alexander J. Taylor</u>
Alexander J. Taylor, Esq.
*Attorney for Plaintiff*
